# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CROP PRODUCTION SERVICES, INC., a Delaware corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     CASE NO. 1:18-CV-00022-C<br>) |
| WINFRED TYRON ANDERSON, Individually, | )<br>)<br>) |
| Defendant. | ) |

## JUGDMENT

In accordance with the Order entered today, it is the JUDGMENT and DECREE of the Court as follows:

(1) Plaintiff is awarded judgment in the amount of $286,025.76 from which execution may issue.

It is further ORDERED that costs are taxed as paid.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done, this the 15th day of October, 2018.

/s/ William E. Cassady
United States Magistrate Judge